Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
17525 Ventura Blvd., Ste 302
Encino, CA 91316
TEL: (800) 935-3170
FAX: (800) 501-0272
mshvarts@dagaccess.com
Attorneys for Plaintiff, Monica Silver

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MONICA SILVER<br>(SSN XXX-XX-2490),<br>　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner Of Social Security,<br>　　　Defendant. | Case No.: 14-02845-AG (JCG)<br><br>ORDER FOR AWARD OF EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of **FOUR THOUSAND SIX HUNDRED AND FIFTY DOLLARS** ($4,650.00) plus FOUR HUNDRED DOLLARS ($400.00) for costs, as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: May 12, 2015

_____
HON. JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE